# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Luz Maria Lopez**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-cv-00125-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Reliance Standard Life Insurance Company**,** | ) ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2016 Order.

                                                  June 3, 2016

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court